IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMY COOKSEY                                                                                       PLAINTIFF

v.                               Case No. 3:12CV00167 JTK

CAROLYN COLVIN, Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 30th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE